**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

ANNA MULLINS,                                    :

                      Plaintiff,                              Case No. 3:10-cv-101

                                                             District Judge Walter Herbert Rice
                                                             Magistrate Judge Michael R. Merz

       -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

                      Defendant.         :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 23, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (Doc. No. 20) be, and it hereby is, DENIED.

December 31, 2011.

_____
Walter Herbert Rice
United States District Judge